UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL E. BOYD, <br><br> Plaintiff, <br> v. <br><br> ACCURAY, INC.; DOES 1-50, <br><br> Defendants. | Case No.: 11-CV-1644-LHK <br><br> ORDER CONTINUING HEARING ON MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT |

On October 7, 2011, Plaintiff filed a Notice of Motion and Motion for Leave to File First Amended Complaint. ECF No. 16. Plaintiff did not comply with the Court's standing order, which allows motions to be "noticed for hearing only after contacting Judge Koh's Courtroom Deputy, Martha Parker Brown, at 408-535-5346 and obtaining an available date." Standing Order Regarding Case Management in Civil Cases, at 2, April 25, 2011. Plaintiff recognized that "the proposed hearing date [of November 17, 2011] is also subject to conferring with the Clerk and defense counsel on October 11, 2011, when the date can be adjusted according to the availability of the Court and counsel." ECF No. 16, at 3. Plaintiff never conferred with the Courtroom Deputy. Although the motion would ordinarily be set for a hearing on a date that is available as of the date of this Order, in the interest of maintaining the current case schedule, the Court will continue the hearing on the motion to December 7, 2011, to be held in conjunction with the Case Management Conference already set for that date. The Court will not countenance any further failures to comply with the Civil Local Rules and the Court's standing orders.

**IT IS SO ORDERED.**

Dated:    November 14, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01644-LHK
ORDER CONTINUING HEARING