**MEIR J. WESTREICH [CSB #73133]**
Attorney at Law
221 East Walnut, Suite 200
Pasadena, California 91101
626-440-9906 / FAX: 440-9970
E-Mail: meirjw@aol.com

**Attorney for Plaintiff**

Peter C. McMahon [CSB #161841]
Katherine Debski [CSB #271528]
MCMAHON SEREPCA LLP
985 Industrial Road, Suite 201
San Carlos, Ca 94070
TEL: 650-637-0600 /  FAX: 650-637-0700
E-Mail: peter@msllp.com; katherine@msllp.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL E. BOYD,<br><br>             Plaintiff,<br><br>v.<br><br>ACCURAY, INC.; DOES 1 - 50,<br><br>             Defendants. | Case No.  CV 11-01644 LKH<br><br>**ORDER APPROVING STIPULATION TO EXTEND DISCOVERY CUTOFF DATE; OTHER CASE MANAGEMENT DATES TO REMAIN**<br><br>**Date:     N/A**<br>**Time:    N/A**<br>**Courtroom No. 8** |

Counsel having submitted their stipulation to extend the non-expert discovery cutoff from February 17, 2012 to March 19, 2012 for completion of any written discovery responses, commencement of any non-expert depositions and filing of any motions to compel discovery, with all other case management dates to remain; and good cause showing therefor0

**KV'KU'UO ORDERED.**

Dated:  February 3, 2012

_Lucy H. Koh_
Lucy H. Koh, United States District Judge

1
ORDER ON STIPULATION TO EXTEND NON-EXPERT DISCOVERY CUTOFF: CASE NO:  5:11-cv-01644-LHK