PETER C. McMAHON (State Bar No. 161841)
KATHERINE DEBSKI (State Bar No. 271528)
MCMAHON SEREPCA LLP
985 Industrial Road, Suite 201
San Carlos, CA 94070
Telephone:  (650) 637-0600
Facsimile:  (650) 637-0700
Email: peter@msllp.com; katherine@msllp.com

Attorneys for Defendant
ACCURAY, INC.

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

SAN JOSE DIVISION

10
11
Michael E. Boyd,

12
                    Plaintiff,

13
            v.

14
Accuray, Inc.,

15
                    Defendant.

Case No.  5:11-cv-01644-LHK

**STIPULATION AND [PROPOSED]
ORDER DENYING LEAVE TO
EXCEED PAGE LIMITS
ESTABLISHED BY THE COURT'S
LOCAL RULES [7.2 AND 7.4] FOR
MOTION FOR SUMMARY
JUDGMENT**

16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS ESTABLISHED
BY THE COURT'S LOCAL RULES [7.2 AND 7.4] FOR MOTION FOR SUMMARY JUDGMENT

1   Defendant Accuray, Inc. ("Defendant") and Plaintiff Michael Boyd

2   ("Plaintiff"), by and through their counsel, and subject to the Court's approval, stipulate

3   as follows:

4   **WHEREAS**, Plaintiff's First Amended Complaint ("FAC") contains five

5   (5) causes of action for Retaliation, including (i) under the Fair Labor Standards Act; (ii)

6   under the Federal False Claims Act; (iii) under the Equal Employment Opportunity Act

7   of 1964, as amended; (iv) under the Occupational Safety and Health Act of 1970; and (v)

8   under the whistleblower provisions of the Sarbanes-Oxley Act; and

9   **WHEREAS**, the FAC asserts relevant facts and causes of action spanning

10   more than four (4) years of time, and which contain multiple complaints, and multiple

11   allegations of retaliatory conduct over the four year period; and

12   **WHEREAS**, the parties agree that the FAC's scope and complexity

13   warrant a modest increase in the page limits imposed by this Court's Local Orders for

14   Defendant's opening brief and Plaintiff's opposition brief to Defendants' motion for

15   summary judgment, and Defendant's reply brief.

16   **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**

17   **BY AND BETWEEN THE PARTIES**, subject to the Court's approval, that:

18   1.   Defendant's' memorandum of law in support of its motion for

19   summary judgment shall not exceed 35 pages (or as otherwise indicated by the Court);

20   and

21   2.   Plaintiffs memorandum of law in opposition to Defendant's motion

22   for summary judgment shall not exceed 37  pages (or as otherwise indicated by the

23   Court); and

24   3.   Defendant's reply brief in support of its motion for summary

25   judgment shall not exceed 17 pages (or as otherwise indicated by the Court).

26   ///

27   ///

28

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS ESTABLISHED
BY THE COURT'S LOCAL RULES [7.2 AND 7.4] FOR MOTION FOR SUMMARY JUDGMENT

1    Dated: March 20 2012                    MCMAHON SEREPCA LLP

2

3                                            s/ Peter C. McMahon

4                                            _____
                                             Peter C. McMahon, Esq.
5                                            Attorneys for Accuray, Inc.

6
     Dated: March 19, 2012                   MEIR WESTREICH
7

8                                            s/ Meir J. Westreich

9                                            _____
                                             Meir J. Westreich, Esq.
10                                           Attorneys for Michael Boyd

11
                          ~~[PROPOSED]~~ ORDER
12

13         Having reviewed the above stipulation, **THE STIPULATION IS DENIED.**

14

15

16

17

18                                       **IT IS SO ORDERED.**

19

20   Dated: March 21, 2012             _____
                                             The Honorable Lucy Koh
21                                           United States District Judge

22

23

24                                           IT IS SO ORDERED
                                             AS MODIFIED
25
                                             Lucy H. Koh
26                                           Judge Lucy H. Koh

27

28
     STIPULATION AND ~~[PROPOSED]~~ ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS ESTABLISHED
     BY THE COURT'S LOCAL RULES [7.2 AND 7.4] FOR MOTION FOR SUMMARY JUDGMENT

                                            3