PETER C. McMAHON (State Bar No. 161841)
KATHERINE DEBSKI (State Bar No. 271528)
MCMAHON SEREPCA LLP
985 Industrial Road, Suite 201
San Carlos, CA 94070
Telephone: (650) 637-0600
Facsimile: (650) 637-0700
Email: peter@msllp.com; katherine@msllp.com

Attorneys for Defendant
ACCURAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Michael E. Boyd,<br><br>    Plaintiff,<br><br>v.<br><br>Accuray, Inc.,<br><br>    Defendant. | Case No. 5:11-cv-01644-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER DENYING LEAVE TO EXCEED PAGE LIMITS ESTABLISHED BY THE COURT'S LOCAL RULES [7.2 AND 7.4] FOR MOTION FOR SUMMARY JUDGMENT** |

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS ESTABLISHED BY THE COURT'S LOCAL RULES [7.2 AND 7.4] FOR MOTION FOR SUMMARY JUDGMENT

1

Defendant Accuray, Inc. ("Defendant") and Plaintiff Michael Boyd ("Plaintiff"), by and through their counsel, and subject to the Court's approval, stipulate as follows:

**WHEREAS**, Plaintiff's First Amended Complaint ("FAC") contains five (5) causes of action for Retaliation, including (i) under the Fair Labor Standards Act; (ii) under the Federal False Claims Act; (iii) under the Equal Employment Opportunity Act of 1964, as amended; (iv) under the Occupational Safety and Health Act of 1970; and (v) under the whistleblower provisions of the Sarbanes-Oxley Act; and

**WHEREAS**, the FAC asserts relevant facts and causes of action spanning more than four (4) years of time, and which contain multiple complaints, and multiple allegations of retaliatory conduct over the four year period; and

**WHEREAS**, the parties agree that the FAC's scope and complexity warrant a modest increase in the page limits imposed by this Court's Local Orders for Defendant's opening brief and Plaintiff's opposition brief to Defendants' motion for summary judgment, and Defendant's reply brief.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES**, subject to the Court's approval, that:

1. Defendant's' memorandum of law in support of its motion for summary judgment shall not exceed 35 pages (or as otherwise indicated by the Court); and

2. Plaintiffs memorandum of law in opposition to Defendant's motion for summary judgment shall not exceed 37 pages (or as otherwise indicated by the Court); and

3. Defendant's reply brief in support of its motion for summary judgment shall not exceed 17 pages (or as otherwise indicated by the Court).

///

///

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS ESTABLISHED BY THE COURT'S LOCAL RULES [7.2 AND 7.4] FOR MOTION FOR SUMMARY JUDGMENT

2

Dated: March 20, 2012          MCMAHON SEREPCA LLP

s/ Peter C. McMahon
_____
Peter C. McMahon, Esq.
Attorneys for Accuray, Inc.

Dated: March 19, 2012          MEIR WESTREICH

s/ Meir J. Westreich
_____
Meir J. Westreich, Esq.
Attorneys for Michael Boyd

[PROPOSED] ORDER

Having reviewed the above stipulation, **THE STIPULATION IS DENIED.**

IT IS SO ORDERED.

Dated: March 21, 2012

*Lucy H. Koh*
_____
The Honorable Lucy Koh
United States District Judge

IT IS SO ORDERED
AS MODIFIED
Lucy H. Koh
Judge Lucy H. Koh

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS ESTABLISHED
BY THE COURT'S LOCAL RULES [7.2 AND 7.4] FOR MOTION FOR SUMMARY JUDGMENT

3