**MEIR J. WESTREICH [CSB #73133]**
Attorney at Law
221 East Walnut, Suite 200
Pasadena, California 91101
626-440-9906 / FAX: 440-9970
E-Mail: meirjw@aol.com

**Attorney for Plaintiff**

Peter C. McMahon [CSB #161841]
Katherine Debski [CSB #271528]
MCMAHON SEREPCALLP
985 Industrial Road, Suite 201
San Carlos, Ca 94070
TEL: 650-637-0600 /  FAX: 650-637-0700
E-Mail: peter@msllp.com; katherine@msllp.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL E. BOYD, <br><br> Plaintiff, <br><br> v. <br><br> ACCURAY, INC.; DOES 1 - 50, <br><br> Defendants. | Case No.  CV 11-01644 LKH <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO REVISE BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** <br><br> **Motion Hearing Date: May 24, 2012** <br> **Time:    1:30 p.m.** <br> **Courtroom No. 8** |

///

///

///

**STIPULATION**

Counsel hereby stipulate as follows:

1. Under the Court's initial scheduling order, arising from the initial scheduling conference, the date for hearing motions for summary judgment was set for May 17, 2012, with a filing deadline of April 12, 2012, which in turn made response due on April 26, 2012 and reply due May 3, 2012.

2. By stipulation and order, the discovery cutoff date of February 17, 2012 was extended to March 19, 2012.

3. At a further status conference, the Court on its own motion continued the motion hearing date to May 24, 2012, without altering any of the briefing schedule dates.

4. On April 2, 2012, the Court issued its order approving the parties' Stipulation for Further Discovery in Lieu of Motion to Compel, which established response delivery dates for the further discovery, most of them either on April 17 or April 30, 2012. [In Paragraph 4.f thereof, a response delivery date was errantly omitted, and the parties are hereby stipulating that it will be April 30, 2012]. In using the April 30, 2012 date, Plaintiff's counsel incorrectly assumed that the summary judgment response date had been moved to May 3, 2012.

5. In recognition of the aforementioned factors, including the mentioned court approved discovery response delivery times as late as April 30, 2012, the parties hereby stipulate to this application to the Court to extend time for Plaintiff's response to the Defendant's Motion for Summary Judgment to May 3, 2012; and, concomitantly, to extend time for Defendant's Reply to May 10, 2012.

6. With the revised briefing schedule, Plaintiff will thereby have the completed discovery for whatever use it may afford for his response to the summary judgment motion. Conversely, the revisions will not constrict the normal time the Court has for consideration of the completed briefing on the motion.

7. The summary judgment motion hearing date remains May 24, 2012, and all other case management dates remain.

**SO STIPULATED:**

Dated: April 17, 2012                    Respectfully submitted,

                                          s/ Meir J. Westreich

                                        _____
                                        Meir J. Westreich
                                        Attorney for Plaintiff

Dated: April 17, 2012                    **MCMAHON SEREPCALLP**

                                         s/ Peter C. McMahon

                                        _____
                                        By: Peter C. McMahon
                                        Attorneys for Defendant

**SO ORDERED:**

Dated: April 26, 2012

                                        *[signature: Lucy H. Koh]*
                                        _____
                                        Judge of the District Court