**MEIR J. WESTREICH [CSBN 73133]**
**Attorney at Law**
**221 East Walnut, Suite 200**
**Pasadena, California 91101**
**626-440-9906 / FAX: 440-9970**

**Attorney for Plaintiff**

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL E. BOYD,<br><br>                  Plaintiff,<br><br>v.<br><br>ACCURAY, INC.; DOES 1 - 50,<br><br>                  Defendants. | Case  No.  CV 11-01644 LKH<br><br>**[PROPOSED] ORDER GRANTING APPLICATION TO FURTHER EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Motion Hearing Date: May 24, 2012**<br>**Time: 1:30 p.m.**<br>**Courtroom No. 8** |

     Plaintiff having applied to the Court for a further enlargement of time to respond to Defendant's Motion for Summary Judgment from May 3, 2012 to May 7, 2012, with Defendant's time to file any reply to May 14, 2012, and good cause showing therefor

     **IT IS SO ORDERED.**

Dated:  May 4, 2012

_____
Judge of the District Court