MEIR J. WESTREICH [CSBN 73133]
Attorney at Law
221 East Walnut, Suite 200
Pasadena, California 91101
626-440-9906 / FAX: 440-9970

**Attorney for Plaintiff**

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MICHAEL E. BOYD,

    Plaintiff,

v.

ACCURAY, INC.; DOES 1 - 50,

    Defendants.

Case No. CV 11-01644 LKH

[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FURTHER EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Motion Hearing Date: May 24, 2012
Time: 1:30 p.m.
Courtroom No. 8

AMENDED ORDER

Plaintiff having applied to the Court for a further enlargement of time to respond to Defendant's Motion for Summary Judgment from May 3, 2012 to May 7, 2012, with Defendant's time to file any reply to May 16, 2012, and good cause showing therefor

**IT IS SO ORDERED.**

Dated: May 4, 2012

                                          Lucy H. Koh
                                          Judge of the District Court

*IT IS SO ORDERED AS MODIFIED*
*Lucy H. Koh*
*Judge Lucy H. Koh*

1
ORDER EXTENDING TIME TO RESPOND TO DEFENSE SUMMARY JUDGMENT MOTION