**MEIR J. WESTREICH [CSBN 73133]**
Attorney at Law
221 East Walnut, Suite 200
Pasadena, California 91101
626-440-9906 / FAX: 440-9970

**Attorney for Plaintiff**

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL E. BOYD,<br><br>           Plaintiff,<br><br>v.<br><br>ACCURAY, INC.; DOES 1 - 50,<br><br>           Defendants. | Case No.  CV 11-01644 LKH<br><br>**[PROPOSED] ORDER ACCEPTING LATE FILINGS OF RESPONSE TO MOTION FOR SUMMARY JUDGMENT**<br><br>**Motion Hearin g Date: May 31, 2012**<br>**Time: 1:30 p.m.**<br>**Courtroom No. 8** |

Plaintiff having moved this Court for an order accepting Plaintiff's late filings of his responsive papers to Defendant's Motion for Summary Judgment, notwithstanding its order that said be filed by May 11, 2012 at 5:00 p.m.  or for Plaintiff's counsel to move to withdraw or substitute counsel, and Plaintiff's counsel having filed the opposition as described in the application, and good cause showing therefor. "Rnckpvkhhu'hnkpi u'ctg'ceegrvgf0 Defendant must file its reply by May 22, 2012.

**IT IS SO ORDERED.**

Dated:  May 14, 2012

_Lucy H. Koh_
Lucy H. Koh
United States District Judge

---

1

[PROPOSED] ORDER ACCEPTING LATE RESPONSE TO SUMMARY JUDGMENT MOTION