**MEIR J. WESTREICH [CSBN 73133]**
Attorney at Law
221 East Walnut, Suite 200
Pasadena, California 91101
626-440-9906 / FAX: 440-9970

**Attorney for Plaintiff**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL E. BOYD,<br><br>    Plaintiff,<br><br>v.<br><br>ACCURAY, INC.; DOES 1 - 50,<br><br>    Defendants. | Case No.  CV 11-01644 LKH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTIONS FOR ATTORNEY FEES AND FOR SANCTIONS AND SET BRIEFING SCHEDULE**<br><br>**Motion Hearing Date: Sept. 20, 2012<br>Time: 1:30 p.m.<br>Courtroom No. 8** |

The parties hereby stipulate to extend the time for Plaintiff and his counsel to respond to Defendant's Motion for Attorneys Fees and Sanctions, and to set the following briefing schedule: (a) the time to respond is extended to from July 19, 2012 to August 16, 2012; (b) the time for any reply is extended to September 6, 2012;  and ( c) the current hearing date of September 20, 2012 remains.

**SO STIPULATED:**

Dated: July 19, 2012                    Respectfully submitted,


                                                         s/ Meir J. Westreich
                                                         _____
                                                         Meir J. Westreich
                                                         Attorney for Plaintiff

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO DEFENSE MOTIONS FOR FEES ETC.

Dated: July 19, 2012              **MCMAHON SEREPCALLP**

                                   s/ Peter C. McMahon
                                  _____
                                  By: Peter C. McMahon
                                  Attorneys for Defendant

## ORDER

The parties having stipulated to extend the time for Plaintiff and his counsel to respond to Defendant's Motion for Attorneys Fees and Sanctions, and to set the following briefing schedule: (a) the time to respond is extended from July 19, 2012 to August 16, 2012;  (b) the time for any reply is extended to September 6, 2012; and ( c) the current hearing date of September 20, 2012 remains.   Further extensions will be disfavored.

**IT IS SO ORDERED**:

Dated: July 20, 2012              _Lucy H. Koh_____
                                  Judge of the District Court