**MEIR J. WESTREICH [CSBN 73133]**
**Attorney at Law**
**221 East Walnut, Suite 200**
**Pasadena, California 91101**
**626-440-9906 / FAX: 440-9970**

**Attorney for Plaintiff**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL E. BOYD,<br><br>Plaintiff,<br><br>v.<br><br>ACCURAY, INC.; DOES 1 - 50,<br><br>Defendants. | Case No.   CV 11-01644 LKH<br><br>**STIPULATION AND [PROPOSED] ORDER TO  EXTEND TIME TO RESPOND TO  DEFENDANT'S MOTIONS FOR ATTORNEY FEES AND FOR SANCTIONS AND SET BRIEFING SCHEDULE**<br><br>**Motion Hearing Date: Sept. 20, 2012**<br>**Time: 1:30 p.m.**<br>**Courtroom No. 8** |

The parties hereby stipulate to extend the time for Plaintiff and his counsel to respond to Defendant's Motion for Attorneys Fees and Sanctions, and to set the following briefing schedule: (a) the time to respond is extended to from July 19, 2012 to August 16, 2012; (b) the time for any reply is extended to September 6, 2012;  and ( c) the current hearing date of September 20, 2012 remains.

**SO STIPULATED:**

Dated: July 19, 2012                    Respectfully submitted,


                                        s/ Meir J. Westreich

                                        _____
                                        Meir J. Westreich
                                        Attorney for Plaintiff

1

1   Dated: July 19, 2012                     **MCMAHON SEREPCALLP**

2

3                                            s/ Peter C. McMahon
                                            _____
4                                           By: Peter C. McMahon
                                            Attorneys for Defendant
5

6                                            **ORDER**

7           The parties having stipulated to extend the time for Plaintiff and his counsel

8   to respond to Defendant's Motion for Attorneys Fees and Sanctions, and to set the

9   following briefing schedule: (a) the time to respond is extended from July 19, 2012

10  to August 16, 2012;  (b) the time for any reply is extended to September 6, 2012; and

11  ( c) the current hearing date of September 20, 2012 remains.   Further extensions will

12  be disfavored.

13

14  **IT IS SO ORDERED**:

15  Dated: July 20, 2012                    _Lucy H. Koh_____
                                            Judge of the District Court
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO DEFENSE MOTIONS FOR FEES ETC.