**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL E. BOYD, | ) Case No.: 11-CV-01644-LHK |
| Plaintiff, | ) |
| v. | ) ORDER VACATING HEARING ON |
| | ) MOTION FOR ATTORNEY'S FEES |
| ACCURAY, INC., | ) |
| Defendant. | ) |
| | ) |

Pursuant to Civil Local Rule 7–1(b), the Court finds Defendant Accuray, Inc.'s ("Defendant") Motion for Attorney's Fees (ECF No. 123) appropriate for determination without oral argument. Accordingly, the hearing on the motion set for September 20, 2012, is hereby VACATED. Plaintiff's Application to Continue Hearing on Defendant's Motion for Attorney's Fees and For Sanctions is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: September 19, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge